UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES MOORE, | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:10-CV-2203 (CEJ) |
| W.W. TRANSPORT, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the motion of defendant Samuel Strapping Systems, Inc., for an extension of time [Doc. #8] is **granted in part and denied in part**. Defendant shall file an answer or other responsive pleading no later than **December 15, 2010**.

**IT IS FURTHER ORDERED** that the motion of defendants Thomas Schroeder and W.W. Transport, Inc., for an extension of time until **December 15, 2010**, to file an answer or other responsive pleading [Doc. #12] is **granted**.

**IT IS FURTHER ORDERED** that the motion of defendant Samuel Strapping Systems, Inc., to withdraw its motion for more definite statement [Doc. #11] is **granted**.

**IT IS FURTHER ORDERED** that the motion of defendant Samuel Strapping Systems, Inc., for more definite statement [Doc. #7] is **withdrawn**.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2010.